UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *LaKeisha M. Coleman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10466-DRH |
| *Lori H. Foster, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11709-DRH |
| *Christine M. Giarmo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10909-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
        Deputy Clerk

Dated:  June 13, 2013

Digitally signed by
David R. Herndon
Date: 2013.06.13
14:47:18 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT